1  James P. Wagoner, # 058553                    (SPACE BELOW FOR FILING STAMP ONLY)
   Jay A. Christofferson, # 203878
2  Louis D. Torch, # 192506
   McCormick, Barstow, Sheppard
3  Wayte & Carruth LLP
   P.O. Box 28912
4  5 River Park Place East
   Fresno, CA  93720-1501
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
   Attorneys for Plaintiff,
7  NEW HAMPSHIRE INSURANCE COMPANY

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11 | NEW HAMPSHIRE INSURANCE            | Case No.  C-06-2909 SBA
   | COMPANY,
12 |                                    | SECOND AMENDED STIPULATION AND
   |                Plaintiff,          | [PROPOSED] ORDER TO FILE FIRST
13 | v.                                 | AMENDED COMPLAINT OF NEW
   |                                    | HAMPSHIRE INSURANCE COMPANY
14 | MENDOCINO FOREST PRODUCTS          | FOR REIMBURSEMENT, EQUITABLE
   | CO., LLC,                          | INDEMNITY, EQUITABLE
15 |                                    | SUBROGATION AND DECLARATORY
   |                Defendant           | RELIEF
16

17

18         On April 28, 2006, NEW HAMPSHIRE filed its original Complaint under seal and on

19 May 15, 2006, the Court ordered that the case shall be unsealed with the notable exception of the

20 Complaint, Plaintiff's Application in Support of Administrative Motion to File its Complaint

21 Under Seal, the Memorandum of Points and Authorities in Support of Plaintiff's Application, and

22 the Declaration of Louis D. Torch, which shall remain under seal.  Substantively, the First

23 Amended Complaint and exhibits thereto are identical in all other respects to the Complaint

24 originally filed with two exceptions:  (1) Exhibit A to the First Amended Complaint, which now

25 includes a revised copy of the CGL Policy; and (2) Exhibit D in the Complaint is now Exhibit E

26 in the First Amended Complaint and vice versa.

27         IT IS HEREBY STIPULATED by and between Plaintiff, NEW HAMPSHIRE

28 INSURANCE COMPANY ("NEW HAMPSHIRE") and Defendant, MENDOCINO FOREST

                                               1

SECOND AMENDED STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT

PRODUCTS CO., LLC ("MENDOCINO"), by and through their respective attorneys of record, that: (1) Plaintiff may file a First Amended Complaint For Reimbursement, Equitable Indemnity, Equitable Subrogation And Declaratory Relief ("First Amended Complaint"); (2) MENDOCINO can amend its Answer to the First Amended Complaint if it so chooses in lieu of its presently filed Answer to the Complaint; and (3) the following portions of the First Amended Complaint are to be filed under seal pursuant to United States District Court for the Northern District of California Local Rule 79-5: ¶ 17, ¶ 18, ¶ 19, ¶ 22, ¶ 26, ¶ 27, ¶ 28, ¶ 30, ¶ 32, ¶ 40, ¶ 46, Prayer for Judgment: ¶ 4; Exhibit D (the Agreement redacted in its entirety) and Exhibit E (Collective Settlement Agreement redacted in its entirety).

IT IS SO STIPULATED

Dated: December 19, 2006

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: _____
James P. Wagoner
Jay A. Christofferson
Louis D. Torch
Attorneys for Plaintiff
NEW HAMPSHIRE INSURANCE
COMPANY

Dated: December 19, 2006

By: _____
Walter R. Schneider
Jahmal T. Davis
Attorneys for Defendant
HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

[PROPOSED] ORDER

The Court, having reviewed the Second Amended Stipulation and finding good cause, IT IS HEREBY ORDERED THAT NEW HAMPSHIRE INSURANCE COMPANY shall be granted leave to file its First Amended Complaint and it is further ORDERED that portions of the First Amended Complaint SHALL BE FILED UNDER SEAL.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

IT IS SO ORDERED.

Dated: 1/3/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

1037398.v1