1  James P. Wagoner, # 058553  (SPACE BELOW FOR FILING STAMP ONLY)
   Jay A. Christofferson, # 203878
2  Louis D. Torch, # 192506
   McCormick, Barstow, Sheppard
3  Wayte & Carruth LLP
   P.O. Box 28912
4  5 River Park Place East
   Fresno, CA  93720-1501
5  Telephone:     (559) 433-1300
   Facsimile:      (559) 433-2300
6
   Attorneys for Plaintiff,
7  NEW HAMPSHIRE INSURANCE COMPANY

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 NEW HAMPSHIRE INSURANCE          Case No.  C-06-2909 SBA
   COMPANY,
12                                  **STIPULATION AND ORDER IN
                 Plaintiff,         SUPPORT OF AMENDING THE
13 v.                               SCHEDULING ORDER**

14 MENDOCINO FOREST PRODUCTS        Dept:   3
   CO., LLC,                        Judge:  Hon. Saundra B. Armstrong
15
                 Defendant
16

17 / / /

18 / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

1

STIPULATION TO AMEND SCHEDULING ORDER AND [PROPOSED] ORDER  C06-2909 SBA

1)     Whereas Plaintiff, NEW HAMPSHIRE INSURANCE COMPANY ("NEW HAMPSHIRE" and Defendant, MENDOCINO FOREST PRODUCTS CO., LLC ("MENDOCINO") agree that they require more time to explore conducting a mediation following the mandatory Early Neutral Evaluation session of November 29, 2006;

2)     Whereas MENDOCINO and NEW HAMPSHIRE have agreed to use best efforts to mediate the action prior to conducting depositions;

3)     Whereas NEW HAMPSHIRE and MENDOCINO do not want to incur further cost in taking the various depositions proposed by both sides without first trying a mediation session to resolve the matter;

4)     Whereas, the parties have agreed to a private mediation of their dispute on February 23, 2007.

5) Whereas MENDOCINO requires further time and possibly the need for additional discovery before agreeing to a set of stipulated facts for use in dispositive motions and trial;

IT IS HEREBY STIPULATED by and between NEW HAMPSHIRE and MENDOCINO, through their respective attorneys of record to amend the Court's Scheduling Order to extend by 31 days the non-expert discovery cut off.  Presently, the Scheduling Order lists June 29, 2007 as the discovery cut-off date; July 30, 2007 is the proposed new date.  The parties, either through this stipulation or NEW HAMPSHIRE's motion, do not seek to modify any other dates or requirements of the existing Scheduling Order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION TO AMEND SCHEDULING ORDER AND [PROPOSED] ORDER  C06-2909 SBA

IT IS SO STIPULATED

Dated: January 29, 2007					McCORMICK, BARSTOW, SHEPPARD
								WAYTE & CARRUTH LLP


							By:     /s/ Jay A. Christofferson
								James P. Wagoner
								Jay A. Christofferson
								Louis D. Torch
								Attorneys for Plaintiff
								NEW HAMPSHIRE INSURANCE
								COMPANY


Dated: January 29, 2007					HANSON BRIDGETT MARCUS
								VLAHOS & RUDY, LLP


							By: /s/ Jahmal T. Davis
								Walter R. Schneider
								Jahmal T. Davis
								Attorneys for Defendant
								MENDOCINO FOREST PRODUCTS
								CO., LLC


### ORDER RE: LEAVE OF COURT
### TO MODIFY SCHEDULING ORDER

Good cause showing, and PURSUANT TO STIPULATION IT IS SO ORDERED THAT the Scheduling Order be amended to extend the non-expert discovery cut-off from June 29, 2007 to July 30, 2007.

Dated:  January 30, 2007					_____
								SAUNDRA B. ARMSTRONG
								UNITED STATES DISTRICT JUDGE


1054452.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION TO AMEND SCHEDULING ORDER AND [PROPOSED] ORDER  C06-2909 SBA