UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEW HAMPSHIRE INSURANCE COMPANY

    Plaintiff,

    v.

MENDOCINO FOREST PRODUCTS CO., LLC

    Defendant.
_____/

No. C 06-2909 SBA (NJV)

<u>ATTENDANCE OF SETTLEMENT CONFERENCE BY TELEPHONE</u>

    Pursuant to the request of counsel for Defendant, and for good cause shown, Linda E. Klamm, counsel for Defendant, may attend the settlement conference on September 28, 2007 by telephone. Defendant's trial counsel, Jahmal Davis, shall appear personally.  Linda E. Klamm must be available by telephone for the duration of the conference.

    If the court concludes that the absence of  Linda E. Klamm is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Linda E. Klamm.

Dated:  September 25, 2007

_____
NANDOR J. VADAS
United States Magistrate Judge

Settle.Tel