1   James P. Wagoner, # 058553                     (SPACE BELOW FOR FILING STAMP ONLY)
    Jay A. Christofferson, # 203878
2   McCormick, Barstow, Sheppard
    Wayte & Carruth LLP
3   P.O. Box 28912
    5 River Park Place East
4   Fresno, CA  93720-1501
    Telephone:    (559) 433-1300
5   Facsimile:    (559) 433-2300

6   Attorneys for Plaintiff,
    NEW HAMPSHIRE INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  NEW HAMPSHIRE INSURANCE              Case No.  4:06-CV-02909 SBA
    COMPANY,
12                                       **STIPULATION AND ORDER**
                     Plaintiff,
13  v.
                                         **Judge**:      Hon. Saundra B. Armstrong
14  MENDOCINO FOREST PRODUCTS
    CO., LLC,
15
                     Defendant.
16

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Whereas the parties have attempted to agree on the terms of a Settlement Agreement and

2    Release,

3    Whereas the Parties to this action are still in the process of drafting a Settlement

4    Agreement.  In this process several drafts have been exchanged between Plaintiff and Defendant

5    allowing each an opportunity to review and comment on the proposed Settlement Agreement and

6    Release.  However, to date the final agreeable language of the Settlement Agreement and Release

7    have not been finalized.

8    Whereas Plaintiff's counsel will be out of the office on October 16, 2007, and thus will not

9    be able to review any proposed changes with their client,

10    Whereas Plaintiff seeks to preserve its right to reopen the case in the event the parties are

11    unable to agree upon the terms of the Settlement Agreement and Release,

12    The parties therefore stipulate to extend the time to file a motion to reopen the case that

13    was dismissed by the Court on October 2, 2007, for a period of four calendar days to afford the

14    necessary time to complete the settlement documentation.  Any motion to reopen the case must be

15    filed by October 19, 2007.

16    IT IS SO STIPULATED.

17    Dated: October 16, 2007                         McCORMICK, BARSTOW, SHEPPARD,
                                                                       WAYTE & CARRUTH LLP
18

19                                                             By:_____/s/ Jay  A. Christofferson_____
                                                                       James P. Wagoner
20                                                                     Jay A. Christofferson
                                                                       Louis D. Torch
21                                                                     Attorneys for Plaintiff
                                                                 NEW HAMPSHIRE INSURANCE
22                                                                          COMPANY

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

2

STIPULATION AND [PROPOSED] ORDER CASE NO. C06-02909 SBA

1    Dated: October 16, 2007                    HANSON, BRIDGETT, MARCUS
                                                    VLAHOS & RUDY, LLP
2

3                                          By:_____/s/ Jahmal T. Davis_____
                                                    Walter R. Schneider
4                                                    Jahmal T. Davis
                                                  Attorneys for Defendant
5                                           MENDOCINO FOREST PRODUCTS CO.,
                                                         LLC
6
                                          [PROPOSED] ORDER
7
         The Court having reviewed the Stipulation and finding good cause,
8
         IT IS HEREBY ORDERED THAT the time for Plaintiff and/or Defendant to file a motion
9
   to reopen the case is extended up to and including October 19, 2007.
10
         IT IS SO ORDERED.
11
         Dated: October  17, 2007
12                                              _____
                                                  Hon. Saundra Brown Armstrong
13                                                  United States District Judge
14
15   1150007.v1
16
17
18
19
20
21
22
23
24
25
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

                                            3
                    STIPULATION AND [PROPOSED] ORDER CASE NO. C06-02909 SBA